373 A.2d 1116

Commonwealth v. Bisbing, Appellant.

Submitted December 6, 1976. William H. Snyder, for appellant; Gordon E. Stroup, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1116

Commonwealth v. Blaine, Appellant.

Argued March 14, 1977. Philip D. Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.